UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 13-1916 (ESH) |
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) |
| Defendant. | ) ) ) |

# ORDER

The Court held a motions hearing on this day.  Based on the representations of the parties and for the reasons given by the Court during that hearing, it is hereby

**ORDERED** that defendant's motion to hold in abeyance [Dkt. No. 13] is **DENIED**; it is further

**ORDERED** that plaintiffs' motion to expedite [Dkt. No. 14] is **DENIED**; it is further

**ORDERED** that by January 27, 2014, plaintiffs shall produce affidavits to support the factual bases for plaintiffs' standing to challenge the Interpretative Guidance and Policy Statement Regarding Compliance with Certain Swap Regulations, 78 Fed. Reg. 54292 (July 26, 2013), and clarifying which specific Title VII rules, if any, are challenged by plaintiffs and the factual basis for the standing of a member to challenge that rule; it is further

**ORDERED** that amicus in support of plaintiff shall file its brief (10 pages) by February 3, 2014; defendant shall file its consolidated motion to dismiss and opposition and cross-motion for summary judgment (65 pages) and the index to the administrative record by March 3, 2014; amicus in support of defendant shall file their briefs (20 pages) by March 10, 2014; plaintiffs

shall file their consolidated reply and opposition (25 pages) by March 24, 2014; and defendant shall file its reply (25 pages) by April 14, 2014.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:  January 14, 2014